1 **KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
2 david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
3 mona@kazlg.com
245 Fischer Avenue, Unit D1
4 Costa Mesa, CA 92626
Telephone: (800) 400-6808
5 Facsimile: (800) 520-5523

6 *Attorneys for Plaintiff,*
Ruth Cantu

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUTH CANTU,** | Case No.: 5:20−cv−01036−PA−KK |
| Plaintiff, | **NOTICE OF MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES AND COSTS** |
| vs. | |
| **A R CLIENT SERVICES LLC; AND KEVIN GATELY, an Individual,** | **Date:** August 24, 2020<br>**Time:** 1:30 P.M.<br>**Dept.:** Courtroom 9A |
| Defendants. | **Judge**: Hon. Percy Anderson |

//
//
//
//
//
//
//
//

**TO DEFENDANTS A R CLIENT SERVICES LLC AND KEVIN GATELY, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **MONDAY, AUGUST 24, 2020, AT 1:30 P.M.** in **Courtroom 9A** in the United States Courthouse for the Central District of California located at First Street Courthouse, 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California 90012, Plaintiff RUTH CANTU ("Plaintiff"), by and through Plaintiff's counsel of record, will move this Court for a Default Judgment and award of attorneys' fees and costs against Defendants A R CLIENT SERVICES LLC and KEVIN GATELY, an Individual (collectively as "Defendants").

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, the Declaration of Plaintiff's Counsel, the Declaration of Plaintiff Ruth Cantu, and all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Dated: July 25, 2020                    Respectfully submitted,

                                        **KAZEROUNI LAW GROUP, APC**


                                        By: Mona Amini
                                            MONA AMINI, ESQ.
                                            *Attorneys for Plaintiff*