JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH CANTU, | No. ED CV 20-01036 PA (KKx) |
|         Plaintiff, | JUDGMENT |
|     v. | |
| A R Client Services LLC, et al., | |
|         Defendants. | |

In accordance with the Court's August 18, 2020 Order granting the Motion for Default Judgment filed by plaintiff Ruth Cantu ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.    Plaintiff shall have judgment in her favor and against defendants A R Client Services LLC and Kevin Gately (collectively "Defendants"); and

2.    Defendants shall pay to Plaintiff the total amount of $18,585.70.

DATED: August 18, 2020

_____
Percy Anderson
United States District Judge